UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case No.: 3:20-cv-0664-BEN-MDD |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | |
| YQUEM EQUITY CORPORATION, a California Corporation, | **[ECF No. 19]** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties move to dismiss this action with prejudice as to all parties. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

DATED: November 17, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge